UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

               Plaintiff,

     v.

STATE OF WASHINGTON, et al.,

               Defendants.

CASE NO. C26-1440JLR

ORDER

Before the court are (1) United States Magistrate Judge Michelle L. Peterson's report and recommendation, in which she recommends that the court dismiss *pro se* Plaintiff John Robert Demos, Jr.'s proposed civil rights complaint without prejudice, and (2) Mr. Demos's objections thereto. (R&R (Dkt. # 2); Obj. (Dkt. # 3); *see* Prop. Compl. (Dkt. # 1).)

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made

ORDER - 1

by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo* if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The court has considered the report and recommendation, Mr. Demos's objections, the relevant portions of the record, and the governing law. Having reviewed the report and recommendation *de novo* in light of Mr. Demos's objections, and mindful of Mr. Demos's status as a bar order litigant (*see* R&R at 1-2 (citing cases)), the court ADOPTS Magistrate Judge Peterson's report and recommendation and DISMISSES Mr. Demos's proposed complaint, and this action, without prejudice. The Clerk is DIRECTED to send copies of this order to Mr. Demos and to Magistrate Judge Peterson.

Dated this 21st day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2